UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>             -against-<br><br>T-MOBILE USA, INC., CINCINNATI BELL, INC., RESEARCH IN MOTION CORPORATION., NOKIA INC., BEST BUY CO., INC., WAL-MART STORES, INC., COSTCO WHOLESALE CORPORATION, OVERSTOCK.COM, INC., SEARS ROEBUCK AND CO., AMAZON.COM, INC., RADIOSHACK CORPORATION, AIRVANA, INC., ALCATEL-LUCENT USA INC., D-LINK SYSTEMS, INC., INTELLINET TECHNOLOGIES, INC., ACME PACKET INC., JUNIPER NETWORKS, INC., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, AND VERIZON COMMUNICATIONS INC. D/B/A VERIZON WIRELESS, AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>                Defendants. | Civil Action No. 6:10-cv-00379-LED<br><br>Jury Trial Requested |

**NOTICE REGARDING STATUS OF ALCATEL-LUCENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)**

Defendant Alcatel-Lucent USA Inc. ("ALU" or "Defendant") moved to dismiss Plaintiff Eon Corp. IP Holdings, LLC's ("Eon" or "Plaintiff") Complaint pursuant to Rule 12(b) on October 29, 2010. Dkt. 111. In response, Plaintiff Eon filed a third Amended Complaint (Dkt. 156) and a tardy Response in Opposition to Defendants' Motion to Dismiss (Dkt. 157). Eon did not seek leave to file its third Amended Complaint as required by the Federal Rule of Civil Procedure 15(a) and did not request an extension to respond to ALU's Motion to Dismiss. However, ALU recognizes that this

Court generally allows parties to amend their pleadings without leave for some period of time after a case management conference, which has not yet occurred in this matter. Thus, ALU recognizes the third Amended Complaint as the operative complaint against ALU in this matter. Accordingly, ALU notifies the Court that it will not file a reply brief in further support of its Motion to Dismiss, and instead shall respond to the third Amended Complaint in the time period provided by the Local Rules and Federal Rules of Civil Procedure.

DATED:  11/29/2010              By: /s/ Brian Craft
                                    Brian Craft
                                    State Bar No. 04972020
                                    Eric H. Findlay
                                    State Bar No. 00789886
                                    FINDLAY CRAFT, LLP
                                    6760 Old Jacksonville Hwy, Suite 101
                                    Tyler, Texas 75703
                                    Telephone: (903) 534-1100
                                    Fax: (903) 534-1137

                                    ATTORNEY FOR ALCATEL-
                                    LUCENT USA INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, I electronically filed the foregoing **NOTICE REGARDING STATUS OF ALCATEL-LUCENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                    /s/ *Brian Craft*
                                    Brian Craft