**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| EON CORP., IP HOLDINGS, LLC, | § | Civil Action No. 6:10-cv-00379-LED |
| | § | |
| Plaintiff, | § | Before the Honorable Leonard Davis |
| | § | United States District Judge |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| _____ | § | |

**DEFENDANT D-LINK SYSTEMS, INC.'S NOTICE REGARDING ITS**
**MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

On October, 29, 2010, Defendant D-Link Systems, Inc. ("D-Link Systems"), moved the Court, pursuant to Rule 12 of the Federal Rules of Civil Procedure ("Rule"), for an Order Dismissing the October 5, 2010 Second Amended Complaint ("SAC", Docket # 69) of Plaintiff EON Corp. IP Holdings, LLC ("EON").  In response, on November 18, 2010, EON filed a late Opposition[1] and a Third Amended Complaint ("TAC", Docket # 156).  EON's TAC was filed without the requisite the leave of Court required by Rule 15(a).  D-Link Systems objects to these filings.

---

[1] According to Local Civil Rule CV-7(e), a party has fourteen days plus an additional three days (pursuant to CV-6), from the date a motion is served to file a response in opposition.  This 17-day period required a response by Monday, November 15, 2010.  EON's Opposition was filed on Thursday, November 18, 2010.  EON did not contact D-Link Systems to request additional time to file its response, nor did EON file a motion seeking an extension of the prescribed time.  D-Link Systems objects to EON's late response.

Nevertheless, D-Link Systems understands that the Court's standard docket control order allows amendments, without leave of Court, for a period of time up to a designated deadline in the order.  Therefore, D-Link Systems will treat EON's TAC as the operative complaint against it and will file its response to that pleading.  As to its Rule 12 Motion, D-Link Systems advises the Court that it will not file a reply in furtherance of that Motion.

Respectfully submitted,                 By:     /s/Duncan Palmatier
                                                Duncan Palmatier (admitted pro hac vice)

                                                Lawyer for Defendant
                                                    D-Link Systems, Inc.

                                                Duncan Palmatier (admitted pro hac vice)
                                                dpalm@dpalmlaw.com
                                                S.J. Christine Yang (admitted pro hac vice)
                                                cyang@sjclawpc.com
                                                THE LAW OFFICES OF S.J. CHRISTINE YANG
                                                17220 Newhope Street, Suite 101
                                                Fountain Valley, California 92708
                                                Tel: (714) 641-4022; Fax: (714) 641-2082

                                                Herbert A Yarbrough, III
                                                trey@yw-lawfirm.com
                                                YARBROUGH WILCOX, PLLC
                                                100 East Ferguson, Suite 1015
                                                Tyler, Texas 75702
                                                Tel: (903) 595-3111; Fax: (903) 595-0191

                                                Counsel for Defendant,
                                                    D-link Systems, Inc.

## **CERTIFICATE OF SERVICE**

      I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and the attached proposed order via the Court's CM/ECF system, pursuant to Local Rule CV-5(a)(3) on this day. I am not aware of any counsel of record who is not able to receive the document via the Court's CM/ECF system.

DATED: November 29, 2010                      By:     /s/Duncan Palmatier
                                                                      Duncan Palmatier